No. 990. WARNER BROS. PICTURES, INC. ET AL. v. UNITED STATES.

Decided May 25, 1936. *Per Curiam:* The motion of the appellee to affirm is granted and the decree is affirmed. *Pullman's Car Co.* v. *Transportation Co.*, 171 U. S. 138, 145–146; *McGowan* v. *Columbia River Packers' Assn.*, 245 U. S. 352, 358; *Ex parte Skinner & Eddy Corp.*, 265 U. S. 86, 93–94; *Jones* v. *Securities & Exchange Comm'n*, ante, p. 1. *Messrs. Frederick H. Wood, James A. Reed, Sam B. Jeffries, R. W. Perkins, Louis Phillips, S. W. Fordyce, Wm. R. Gentry, Wm. J. Donovan,* and *Jacob M. Lashly* for appellants. *Solicitor Gener̄ Reed* for the United States.

No. 991. PIPER ET AL. v. BINGAMAN, COMMISSIONER OF REVENUE OF NEW MEXICO.

Decided May 25, 1936. *Per Curiam:* The decree is affirmed on the authority of *Morf* v. *Bingaman, ante,* p. 407. *Mr. A. S. Baskett* for appellants. No appearance for appellee.

No. —, original. EX PARTE GIFFORD. May 25, 1936. The motion for leave to file petition for writ of mandamus is denied. *Mr. Charles H. Gifford, pro se.*